

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| LINDA RESTREPO AND | | No. 08-16-00114-CV |
| CARLOS RESTREPO D/B/A | § | |
| COLLECTIVELY RDI GLOBAL | | Appeal from |
| SERVICES AND R&D | § | |
| INTERNATIONAL, | | County Court at Law No. 5 |
| | § | |
| Appellants, | | of El Paso County, Texas |
| | § | |
| v. | | (TC # 2012-DCV-04523) |
| | § | |
| ALLIANCE RIGGERS & | | |
| CONSTRUCTORS, LTD., | § | |
| | | |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order that because Appellants are indigent, no order regarding costs is made. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 6TH DAY OF JULY, 2016.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating